# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:06CR19 |
| ) | |
| JUAN VARGAS, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

    IT IS ORDERED that the following is set for hearing on **June 1, 2006** at **1:30 p.m**. before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion Requesting Leave to Withdraw as Counsel [70]

    Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the Court.

    DATED this 1st day of June, 2006.

                              BY THE COURT:

                              s/ F.A. Gossett
                              United States Magistrate Judge