# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR19 |
| | ) | |
| JUAN VARGAS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the Court is defendant's Motion to Continue Entry of Plea [95]. The government has no objection. Good cause being shown, the motion will be granted and the Change of Plea hearing will be rescheduled.

IT IS ORDERED:

1.     That the defendant's Motion to Continue Entry of Plea [95] is granted; and

2.     That the Change of Plea hearing is continued to **July 20, 2006** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3.     For this defendant, the time between **July 7, 2006** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 10th day of July, 2006.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge