IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:06CR19 |
| ) | |
| JUAN VARGAS, ) | **ORDER** |
| ) | |
| Defendant. ) | |

Before the Court is defendant's unopposed Further Motion to Continue Entry of Plea [106]. Good cause being shown, the motion will be granted and the Change of Plea Hearing will be continued.

IT IS ORDERED:

1. That the defendant's Further Motion to Continue Entry of Plea [106] is granted; and

2. The Change of Plea hearing is continued to **August 8, 2006** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **July 19, 2006** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 19th day of July, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge