IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR19 |
| JUAN VARGAS, | ) ) | **ORDER** |
| Defendant. | ) ) | |

It has come to the attention of the court that the digital recording equipment was malfunctioning on August 8, 2006 and the Change of Plea hearing did not record. For that reason, the hearing must be repeated.

IT IS ORDERED that the Change of Plea hearing shall be re-held on **August 22, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 15th day of August, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge