### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR19** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JUAN VARGAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of James R. Kozel, CJA, to withdraw as counsel for the defendant, Juan Vargas [132]. Since retained counsel, Anthony S. Troia, has entered an appearance for the defendant [129], the motion to withdraw [132] is granted. James R. Kozel shall be deemed withdrawn as attorney of record and shall forthwith provide Anthony S. Troia with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Kozel which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 8th day of September, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge