IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:06CR19 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JUAN VARGAS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the motion filed by Assistant Federal Public Defender Jessica P. Douglas to allow her and her office to withdraw from further representation of the Defendant (Filing No. 180).

The motion assumes that a sentence reduction was anticipated pursuant to the recent sentencing guideline affecting crack cocaine offenses. However, this offense involved powder cocaine. Because the case does not involve crack cocaine and no motion for a crack cocaine reduction has been filed in this case, the Federal Public Defender has not been appointed for that purpose. GENERAL ORDER 2008-02 (appointing the Federal Public Defender for pending or impending cases involving the retroactive crack cocaine guideline amendment). Therefore, the motion to withdraw is denied as moot.

IT IS ORDERED that the motion filed by Assistant Federal Public Defender Jessica P. Douglas to allow her and her office to withdraw from further representation of the Defendant (Filing No. 180) is denied as moot.

DATED this 16th day of April, 2008.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge