IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR19 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JUAN VARGAS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for leave to proceed in forma pauperis (Filing No. 229).

On May 10, 2011, the Eighth Circuit Court of Appeals dismissed the Defendant's case for lack of prosecution, noting Defendant failed to pay the filing fee or renew his motion to proceed in forma pauperis. The Eighth Circuit issued its mandate. Defendant now seeks leave to proceed in forma pauperis, which has already been denied by this Court.

IT IS ORDERED:

1. The Defendant's motion for leave to proceed in forma pauperis (Filing No. 229) is denied; and

2. The Court is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 21st day of June, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge